PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. JAMALA EDWARDS, OR 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL COONEY, ) | Case No.: 2:22-cv-02094-CKD |
| ) | |
| Plaintiff, ) | STIPULATION and ORDER FOR AN |
| ) | EXTENSION OF TIME |
| vs. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from February 10, 2023, up to and including March 10, 2023. This is the Defendant's first request for an extension. Defendant requests this extension to further consider the transcript and issues to determine the appropriate response. For these reasons,

Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 10, 2023          /s/  Varsha Rambali
                                                        as authorized
                                                        Varsha Rambali for Binder Law Firm
                                                        Attorney for Plaintiff

Dated: February 10, 2023          PHILLIP A. TALBERT
                                                        United States Attorney
                                                        MATHEW W. PILE
                                                        Associate General Counsel
                                                        Social Security Administration

                                             By:   /s/  L. Jamala Edwards
                                                        L. Jamala Edwards
                                                        Special Assistant U.S. Attorney
                                                        Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 10, 2023, to respond to Plaintiff's Complaint.

Dated:  February 13, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE