Young Bin Yim, CA State Bar No. 232340
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MITCHELL COONEY, | ) | Case No. 2:22-CV-02094-CKD |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING ATTORNEY** |
| | ) | **FEES UNDER THE EQUAL** |
| v. | ) | **ACCESS TO JUSTICE ACT,** |
| | ) | **PURSUANT TO 28 U.S.C. § 2412(d),** |
| COMMISSIONER OF THE SOCIAL | ) | **AND COSTS, PURSUANT TO 28** |
| SECURITY ADMINISTRATION, | ) | **U.S.C. § 1920** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal
Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
be awarded attorney fees under 28 U.S.C. § 2412(d) in the amount of SEVEN
HUNDRED AND NINETY EIGHT DOLLARS AND EIGHTY THREE CENTS
($798.83), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED
AND TWO DOLLARS ($402.00), subject to the terms of the above-referenced
Stipulation, to include the United States Department of the Treasury's Offset
Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  Any payment shall
be delivered to Plaintiff's counsel.

Dated:  April 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE